IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:21-cr-00023-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PILKINGTON, JR.,<br><br>Defendant. | ORDER |

This matter comes before the court *sua sponte*. On April 20, 2023, the court held a hearing pursuant to 18 U.S.C. § 4241(e) and determined that Defendant's competency had been restored to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. At the hearing, the parties represented that they anticipated resolving this matter without the need for trial. Accordingly, the court set Defendant's arraignment for May 23, 2023 to allow the matter to continue moving forward at the appropriate pace. The court's continuance was unopposed by the parties.

The court has determined that the ends of justice served by taking such action outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by the court's continuance until May 23, 2023 shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 19th day of May, 2023.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE