IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:21-CR-00023-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID PILKINGTON, JR. | ORDER |

This matter comes before the court on the Defendant's motion to reconsider the order of detention pending sentencing [DE 48]. For good cause shown, the motion is GRANTED. Defendant is released to the proposed third-party custodian under the following conditions:

1. The defendant must not violate federal, state, or local law while on release.

2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

4. The defendant must appear in court as required. The defendant will be notified of his next appearance.

5. The defendant is placed in the custody of: David Pilkington, Sr., Tel. No. 252-619-2387 who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

6. The defendant must submit to supervision by and report for supervision to the U.S. Probation Office as directed.

7. The defendant must continue or actively seek employment.

8. The defendant must abide by the following restrictions on personal associations, residence, or travel: Eastern District of Virginia on or about June 4, 2023, and Eastern District of North Carolina.

9. The defendant must not possess a firearm, destructive device, or other weapon.

10. The defendant must not use alcohol at all.

11. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

12. The defendant must submit to testing for a prohibited substance if required by the probation office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

13. The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

14. The defendant must participate in a program of inpatient or outpatient mental health therapy and counseling if directed by the probation office or supervising officer.

15. The defendant shall continue to use all prescribed psychotropic medications.

16. The defendant must report every contact with law enforcement personnel, including arrests, questioning, or traffic stops, to the probation office or supervising officer as soon as possible.

SO ORDERED this ___1st___ day of June, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE